UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-CR-539-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER TO SEAL** |
| | ) **DOCKET ENTRY NUMBER 73** |
| DEREK LOUIS GRIFFIS, | ) |
| Defendant. | ) |

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 73 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED. This, the 12 day of October, 2021.

JAMES C. DEVER III
United States District Judge